<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

_____

**No. 00-2258**

_____

AIRLINES REPORTING CORPORATION, a Delaware
Corporation,

                                            Plaintiff - Appellee,

       versus

CLAUDIO MENICOCCI; OLGA MENICOCCI,

                                      Defendants - Appellants,

       and

CISNE CORPORATION, d/b/a Cisne Corporate Travel,

                                             Defendant.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Claude M. Hilton, Chief District
Judge. (CA-99-1699-A)

_____

Submitted: February 28, 2001      Decided: April 16, 2001

_____

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Claudio Menicocci, Olga Menicocci, Appellants Pro Se. Henry
St. John Fitzgerald, MCINROY & RIGBY, L.L.P., Arlington, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Claudio Menicocci and Olga Menicocci appeal from the district court's order granting summary judgment to the Plaintiffs in their civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Airlines Reporting Corp. v. Menicocci</u>, No. CA-99-1699-A (E.D. Va. filed Aug. 21, 2000, entered Aug. 24, 2000 & Mar. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>